FOSTER GARVEY PC
Eryn Karpinski Hoerster, OSB #106126
E-Mail: eryn.hoerster@foster.com
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAN RAYFIELD, in his official capacity as Attorney General of the State of Oregon; RICHARD JOYCE, in his official capacity as President, Oregon Board of Pharmacy; AMY KIRKBRIDE, in her official capacity as Vice President, Oregon Board of Pharmacy; KATHLEEN CHINN, in her official capacity as Member, Oregon Board of Pharmacy; JENNIFER HALL, in her official capacity as Member, Oregon Board of Pharmacy; VICTORIA KROEGER, in her official capacity as Member, Oregon Board of Pharmacy; PRIYA PATEL, in her official capacity as Member, Oregon Board of Pharmacy; ANA PINEDO, in her official capacity as Member, Oregon Board of Pharmacy; and BRYAN SMITH, in his official capacity as Member, Oregon Board of Pharmacy,<br><br>                    Defendants. | Case No. 3:25-cv-01754<br><br>**PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Pharmaceutical Research and Manufacturers of America, declares that it has no parent corporation and no publicly traded corporation owns 10% or more of its stock. Plaintiff is a trade association and has no corporate affiliates. However, some of its members are publicly traded corporations. A list of Plaintiff's members can be found at https://phrma.org/about.

DATED this 26th day of September, 2025.

FOSTER GARVEY PC

By  *s/ Eryn Karpinski Hoerster*
Eryn Karpinski Hoerster, OSB #106126
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone:  (503) 228-3939
Fax:  (503) 226-0259
Eryn.Hoerster@foster.com

*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America*