FOSTER GARVEY PC
Eryn Karpinski Hoerster, OSB #106126
E-Mail: eryn.hoerster@foster.com
121 SW Morrison Street, Eleventh Floor
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>    *Plaintiff*,<br><br>                v.<br><br>DAN RAYFIELD, in his official capacity as Attorney General of the State of Oregon; RICHARD JOYCE, in his official capacity as President, Oregon Board of Pharmacy; AMY KIRKBRIDE, in her official capacity as Vice President, Oregon Board of Pharmacy; KATHLEEN CHINN, in her official capacity as Member, Oregon Board of Pharmacy; JENNIFER HALL, in her official capacity as Member, Oregon Board of Pharmacy; VICTORIA KROEGER, in her official capacity as Member, Oregon Board of Pharmacy; PRIYA PATEL, in her official capacity as Member, Oregon Board of Pharmacy; ANA PINEDO, in her official capacity as Member, Oregon Board of Pharmacy; BRYAN SMITH, in his official capacity as Member, Oregon Board of Pharmacy,<br><br>    *Defendants*. | No. 3:25−cv−01754−IM<br><br>Judge: Honorable Karin J. Immergut<br><br>**JOINT STIPULATION AND PROPOSED ORDER** |

PAGE 1 – JOINT STIPULATION AND PROPOSED ORDER

FG: 104453952.3

Pursuant to Fed. R. Civ. P. 6(b)(1) and LR 16-3(a), the parties hereby jointly stipulate to an agreement regarding the pending Complaint and propose vacating the Court's Discovery Scheduling Order (ECF No. 3). In support of that stipulation and proposed order, the parties state as follows:

1. Pharmaceutical Research and Manufacturers of America ("PhRMA" or "Plaintiff") brought this action challenging H.B. 2385, a new Oregon law. ECF No. 1.

2. The parties have since agreed to the following stipulation:

   a. The Oregon Board of Pharmacy agrees to forbear enforcement of H.B. 2385 until the Court issues final judgments in two other actions before this Court challenging H.B. 2385, *AbbVie Inc. et al. v. Rayfield et al.*, No. 6:25-cv-1332-IM (D. Or.), and *Novartis Pharmaceuticals Corporation v. Joyce et al.*, No. 3:25-cv-1330-IM (D. Or.). The time period between the effective date of the law and the date by which final judgments have issued in both *AbbVie* and *Novartis* shall be referred to as the "Period of Forbearance."

   b. In addition, the Board will not take enforcement action or otherwise assess liability under H.B. 2385 for any conduct by Plaintiff that occurred during the Period of Forbearance.

   c. As set forth below in Paragraph 4, the parties agree to mirror the briefing schedule ordered by the Court in *Novartis* (ECF No. 26, No. 3:25-cv-1330-IM) and to precede the briefing schedule ordered by the Court in *AbbVie* (ECF No. 43, No. 6:25-cv-1332-IM).

   d. In the event the Court issues, or appears likely to issue, final judgments in *AbbVie* and *Novartis* before issuing a final judgment in the above-captioned

PAGE 2 – JOINT STIPULATION AND PROPOSED ORDER

FG: 104453952.3

matter, Defendants will take reasonable steps in order for the Oregon Board of Pharmacy to consider a forbearance of enforcement of H.B. 2385 until a judgment has issued in the above-captioned matter.

3. The parties also have met and conferred about broader case scheduling, and agree that this case may be resolved on dispositive motions and oral argument, without the need for discovery or an evidentiary hearing. Therefore, the parties respectfully request that the Court vacate the deadlines in its September 29, 2025 Discovery Order (ECF No. 3), as well as the requirements to complete discovery by January 27, 2026, file a Joint Alternative Dispute Resolution Report by February 26, 2026, and file a Pretrial Order by February 26, 2026.

4. The parties propose the following schedule for further proceedings:

   a. Defendants shall defer filing an answer to Plaintiff's Complaint (ECF No. 1) until further order of the Court. Defendants shall file an answer only if the Court determines it is necessary after reviewing the parties' motions for summary judgment.

   b. The parties propose the following schedule for their motions for summary judgment:

      1. **November 20, 2025**: Plaintiff shall move for summary judgment in a filing not to exceed 11,000 words.

      2. **January 16, 2026**: Defendants shall cross-move for summary judgment and respond to Plaintiff's motion for summary judgment in a single consolidated filing not to exceed 11,000 words.

      3. **February 13, 2026**: Plaintiff shall reply in support of its motion for summary judgment and respond to Defendant's cross-motion for

summary judgment in a single consolidated filing not to exceed 5,500 words.

4. **March 13, 2026**: Defendants shall reply in support of their cross-motion for summary judgment in a filing not to exceed 5,500 words.

c. The parties will make themselves available for oral argument, if acceptable to the Court, on a date and time convenient to the Court.

DATED: October 30, 2025                                  Respectfully submitted,

s/ *Eryn Karpinski Hoerster*                             s/ *Shaunee Morgan*
Eryn Karpinski Hoerster, OSB #106126                     SHAUNEE MORGAN #194256
FOSTER GARVEY PC                                         CARTER BRACE #243828
121 SW Morrison Street, Eleventh Floor                   Assistant Attorneys General
Portland, Oregon 97204-3141                              SCOTT KENNEDY D.C. Bar #1658085
Telephone: (503) 228-3939                                Senior Assistant Attorney General
Fax: (503) 226-0259                                      Trial Attorneys
Eryn.Hoerster@foster.com                                 Tel (971) 673-1880
                                                         Fax (971) 673-5000
                                                         Shaunee.Morgan@doj.oregon.gov
                                                         Carter.Brace@doj.oregon.gov
                                                         Scott.Kennedy@doj.oregon.gov

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: _____                              _____
                                                Hon. Karin J. Immergut
                                                United States District Judge

PAGE 4 – JOINT STIPULATION AND PROPOSED ORDER

FG: 104453952.3

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order.  Pursuant to L.R 11-1(b) regarding signatures, I, Eryn Karpinski Hoerster, attest that concurrence in the filing of this document has been obtained.

DATED: October 30, 2025                                         /s/ Eryn Karpinski Hoerster
                                                                                        Eryn Karpinski Hoerster

PAGE 5 – JOINT STIPULATION AND PROPOSED ORDER

FG: 104453952.3