Christopher J. Kayser (OSB #984244)
ckayser@lvklaw.com
David G. Samuels (OSB #206308)
dsamuels@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: 503-222-4424

*Attorneys for [Proposed] Intervenor*
*Oregon Primary Care Association*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>        Plaintiffs,<br><br>            v.<br><br>DAN RAYFIELD, in his official capacity as Attorney General of the State of Oregon; RICHARD JOYCE, in his official capacity as President, Oregon Board of Pharmacy; AMY KIRKBRIDE, in her official capacity as Vice President, Oregon Board of Pharmacy; KATHLEEN CHINN, in her official capacity as Member, Oregon Board of Pharmacy; JENNIFER HALL, in her official capacity as Member, Oregon Board of Pharmacy; VICTORIA KROEGER, in her official capacity as Member, Oregon Board of Pharmacy; PRIYA PATEL, in her official capacity as Member, Oregon Board of Pharmacy; ANA PINEDO, in her official capacity as Member, Oregon Board of Pharmacy; and BRYAN SMITH, in his official capacity as Member, Oregon Board of Pharmacy,<br><br>        Defendants. | Case No. 3:25-cv-01754-IM<br><br>DECLARATION OF DAVID G. SAMUELS IN SUPPORT OF MOTION TO INTERVENE |

OREGON PRIMARY CARE ASSOCIATION,

[Proposed] Intervenor.

I, David G. Samuels, declare as follows:

1.      I am an attorney representing Proposed Intervenor Oregon Primary Care Association ("OPCA"). I am over the age of 18 and competent to testify herein and make this declaration based on my personal knowledge.

2.      On November 24, 2025, counsel for OPCA sought to confer with counsel for Plaintiff about OPCA's intention to intervene in this matter.

3.      On December 2, 2025, counsel for Plaintiff responded to the conferral request.

4.      On December 3, 2025, respective counsel for Plaintiff and OPCA conferred via video conference followed by email.

5.      On December 4, 2025, the conferral by email with Plaintiff's counsel concluded without agreement on OPCA's proposed intervention.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence before this Court and are subject to the penalty of perjury.

Dated: December 19, 2025

/s/ David G. Samuels
David G. Samuels (OSB #206308)

DECLARATION OF DAVID G. SAMUELS IN SUPPORT OF MOTION          Page 2
TO INTERVENE